THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:   415/444-5800
Facsimile:    415/674-9900

Attorney for Plaintiff
IRMA RAMIREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>2790 SANTA ROSA AVE. (AKA) AVENUE SHOPPES; CARMANN L. BREKKE; and DONNA M. BREKKE,<br><br>　　　Defendants.<br>_____ | **CASE NO. CV-15-01195-WHA**<br><br>**EX PARTE APPLICATION FOR ADDITIONAL TIME TO SERVE DEFENDANTS CARMAN L. BREKKE and DONNA M. BREKKE** |

　　　This action was filed on March 12, 2015.  Pursuant to General Order 56 and Civil Local Rule 7-11, plaintiff IRMA RAMIREZ was to have defendants CARMANN L. BREKKE and DONNA M. BREKKE, served on or before May 11, 2015.

　　　The defendants to this action are CARMANN L. BREKKE and DONNA M. BREKKE.

　　　Service was commenced on April 19, 2015.  Despite diligent efforts, plaintiff has been unsuccessful in her attempts to serve defendants with the summons and complaint.

　　　Plaintiff directed her process server to serve defendants CARMANN L. BREKKE and DONNA M. BREKKE at the service address found on the Grant Deed and on the online TLO investigation database, which is 1447 Wikiup Drive, Santa Rosa, California 95405.  Plaintiff's process server made nine (9) attempts to serve defendants CARMANN L. BREKKE and DONNA M. BREKKE but to no avail was plaintiff's process server able to serve defendants.

1  According to plaintiff's process server, the car that is parked in the driveway had never
2  moved and spoke with the neighbor who confirmed the subject(s) owns the property but has not
3  seen them in weeks.  The neighbor also stated that it is not unusual as they ("defendants") own
4  several properties and that they are likely in Palm Beach, Florida at this time.   Plaintiff found an
5  additional address utilizing the TLO database and directed the process server to try and serve
6  defendants at 555 West Arenas Road Unit 1, Palm Springs, California.  According to a current
7  owner Jean Gilroy, who stated she bought the house from the subject, she thought they
8  ("defendants") moved to Santa Rosa, California.  Attached as Exhibit "A" are the Affidavits of
9  Reasonable Diligence for defendants CARMANN L. BREKKE and DONNA M. BREKKE.
10  In light of the above, plaintiff is respectfully requesting an extension to serve and
11  sufficient time to resume her efforts to accomplish service on defendants CARMANN L.
12  BREKKE and DONNA M. BREKKE and further investigate this matter up to and including July
13  24, 2015.  If plaintiff still isn't successful in her attempts to serve defendants CARMANN L.
14  BREKKE and DONNA M. BREKKE, then plaintiff will respectfully request that this Court issue
15  an Order permitting service on defendants CARMANN L. BREKKE and DONNA M. BREKKE
16  through publication.
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Plaintiff also request that the last day for the parties and counsel to conduct the General Order 56 joint inspection of the premises be continued from June 25, 2015 to September 1, 2015, in order to give all parties sufficient time to be served, appear, answer plaintiff's complaint and meaningfully participate in the joint inspection.

Respectfully submitted,

Dated: June 18, 2015

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By:___/s/Thomas E. Frankovich_____

Thomas E. Frankovich
Attorney for Plaintiff IRMA RAMIREZ

**ORDER**

**IT IS SO ORDERED** that plaintiff has up to and including July 24, 2015, to serve defendants CARMANN L. BREKKE and DONNA M. BREKKE with the summons and complaint. **IT IS FURTHER ORDERED** that the last day for the parties to conduct the joint inspection of the premises be continued up to and including September 1, 2015.

Dated: __June 22_____, 2015

_____
Honorable William H. Alsup
United States District Judge of California