```
PETER C. De GOLIA State Bar No. 113103
CLEMENT, FITZPATRICK & KENWORTHY PC
3333 Mendocino Avenue, Suite 200
Santa Rosa, California  95403-2261
Telephone: (707) 523-1181   FAX: (707) 546-1360
E-Mail: pdegolia@cfk.com


Attorneys for Defendants
CARMANN L. BREKKE
and DONNA M. BREKKE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>2790 SANTA ROSA AVE. (AKA) AVENUE SHOPPES; CARMANN L. BREKKE; and DONNA M. BREKKE,<br><br>    Defendants. | CASE NO. 3:15-CV-01195-WHA<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE DEFAULT** |

    WHEREAS, Plaintiff filed the Complaint in this Action on March 12, 2015;

    WHEREAS, Plaintiff filed the Amended Complaint in this Action on March 23, 2015;

    WHEREAS, on August 11, 2015, Plaintiff submitted a Return of Service Re All Defendants (Docket #9) in which Plaintiff's process server states that he sub-served the Summons and Complaint on "Jane Doe" for service of process on August 1, 2015;

    WHEREAS, on January 28, 2016, Plaintiff filed a Request to Enter Default Against Defendants Carmann L. Brekke and Donna M. Brekke (Docket #11) and the Clerk subsequently entered default against Defendants on January 29, 2016 (Docket #12).;

/////

---

STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT      1

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate as follows:

1. The Default entered by the Clerk on January 29, 2016 be set aside in its entirety; and

2. Defendants' Answer shall be due March 16, 2016.

IT IS STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 16, 2016                CLEMENT, FITZPATRICK & KENWORTHY

By:   /S/ Peter C. De Golia
      PETER C. De GOLIA
      Attorneys for Defendants CARMANN L. BREKKE
      and DONNA M. BREKKE

DATED: February 17, 2016                THOMAS E. FRANKOVICH,
                                        A PROFESSIONAL LAW CORPORATION

By:   /S/ Thomas E. Frankovich
      THOMAS E. FRANKOVICH
      Attorney for Plaintiff IRMA RAMIREZ

ORDER

Pursuant to the parties' Stipulation, the default entered by the Clerk on January 29, 2016, (Docket #12) is set aside. Defendants' answer shall be due March 16, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 22, 2016.

WILLIAM ALSUP
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER TO SET ASIDE DEFAULT                         2