THOMAS E. FRANKOVICH (S.B.N. 074414)
THOMAS E. FRANKOVICH,
***A PROFESSIONAL LAW CORPORATION***
702 Mangrove Avenue, #304
Chico, CA 95926
Telephone:    (415) 444-5800
Facsimile:     (415) 674-9900
Email:           tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
IRMA RAMIREZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>2790 SANTA ROSA AVE. (aka) AVENUE SHOPPES; CARMANN L. BREKKE; and DONNA M. BREKKE, *et al.*,<br><br>    Defendants. | CASE NO. 3:15-cv-01195-WHA<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

 The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Respectfully Submitted,

Dated: October 14, 2016        THOMAS E. FRANKOVICH, APLC
                               *A PROFESSIONAL LAW CORPORATION*

                               By: /s/ Thomas E. Frankovich
                               Thomas E. Frankovich
                               Attorney for Plaintiff

Dated: October 14, 2016        CLEMENT, FITZPATRICK & KENWORTHY

                               By: /s/ Peter C. De Golia
                               Peter C. De Golia
                               Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary. `for 90 days.`

Dated: October 17, 2016

_____
Hon. William Alsup
UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**